JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| GABRIEL RAMIREZ,<br><br>   Plaintiff,<br><br>v.<br><br>STEVEN C. JOHNSON, M.D.;<br>JOHANNES HAAR, M.D.; D.<br>CHAFFE, O.D.; ALAN IFTINIUK,<br>President @ D.H. F.H.M.C. (S.L.O.),<br><br>   Defendants. | Case No.: 2:17-cv-07788-DSF-KES<br>Assigned for all purposes to:<br>Honorable Dale S. Fischer<br>Referred to: Mag. Judge Karen E. Scott<br>Courtroom: 6D<br><br>**ORDER [174]** |

1

**ORDER**

Pursuant to the Stipulation of the Parties, IT IS SO ORDERED:

1. This Action is hereby DISMISSED in its entirety against all parties with prejudice.
2. All upcoming hearings and deadlines are hereby VACATED.
3. The Clerk is directed to close this case.

DATED: June 9, 2022

_Dale S. Fischer_
Dale S. Fischer
United States District Judge